IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER LOADHOLT, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>-v-<br><br>GINNY'S, INC.,<br><br>Defendant. | Civil Case Number: 1:22-cv-03980-LJL |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the Plaintiffs voluntary dismissal of all claims against Defendant in the above-captioned matter, with prejudice.

All parties shall bear their own attorneys' fees and costs incurred in this action.

Dated: January 17, 2023

_____
Yitzchak Zelman, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Tel: (732) 695-3282
Email: yzelman@marcuszelman.com

*Attorneys for Plaintiff
Christopher Loadholt*

_____
Nancy J. Mertzel, Esq.
MERTZEL LAW PLLC
5 Penn Plaza, 19th Floor
New York, NY 10001
Tel: (646) 965-6900
Email: nancy@mertzel-law.com

*Attorneys for Defendant
Ginny's, Inc.*