IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

**CHRISTOPHER LOADHOLT, on behalf of himself and all others similarly situated,**

                Plaintiff,

  -v-

**GINNY'S, INC.,**

                **Defendant.**

Civil Case Number: 1:22-cv-03980-LJL

## DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' January 17, 2023 Stipulation of Dismissal, all claims asserted against Defendant in Civil Action No. **1:22-cv-03980-LJL**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS** _20_ **day of January 2023.**

_____
HONORABLE LEWIS J. LIMAN
UNITED STATES DISTRICT JUDGE